UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUMAR K. JONES,

                Plaintiff,

v.                                            Case No. 16-cv-1687-pp

KELI WEST, *et al.*,

                Defendants.

**ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL
(DKT. NOS. 22, 23, 24)**

Three months ago, the plaintiff filed three motions asking the court to compel the defendants to respond to discovery requests. Dkt. Nos. 22, 23, 24. The court should have gotten to these motions more promptly—at this point, the parties have fully briefed the defendants' motion for summary judgment. The court apologizes to all parties for its delay.

The defendants responded to the plaintiff's motions, asserting that the court should deny them because the plaintiff did not certify that he conferred with the defendants before he asked the court to get involved, and because they have responded. Id.

Civil Local Rule 37 requires a party who files a motion to compel to include in his motion "a written certification . . . that, after the movant in good faith . . . conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties [we]re unable to reach an accord." That's a long way of saying that

1

before filing a motion to compel, a party first must discuss his dispute with the opposing party before asking the court to get involved. If the parties can't work out the dispute and the party files a motion to compel, he must include proof in his motion that he tried to work things out with the opposing party first.

The court will deny the plaintiff's motions to compel because he failed to certify that he tried to resolve his dispute with the defendants before he filed the motions. And regardless of that fact, according to the defendants, they responded to the plaintiff's discovery requests on the same day he filed his motion. Dkt. No. 27 at 2.

The court **DENIES** the plaintiff's motions to compel. Dkt. Nos. 22, 23, 24.

Dated in Milwaukee, Wisconsin, this 16th day of May, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**